**U.S. Department of Justice**
**United States Marshals Service**

# PROCESS RECEIPT AND RETURN

| | | |
|---|---|---|
| PLAINTIFF<br>UNITED STATES OF AMERICA | RECEIVED<br>U.S. MARSHAL | COURT CASE NUMBER<br>08 C 285 |
| DEFENDANT<br>Funds in the Amount of $199,985.00 | 08 JAN 16 AM 9:42 | TYPE OF PROCESS<br>Arrest Warrant in Rem |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
N. DIST. OF ILL.
United States Marshals Service

ADDRESS (Street or RFD, Apartment No., City, State, and ZIP Code)
219 S. Dearborn, 24th Floor, Chicago, Illinois 60604

SEND NOTICE OF SERVICE TO REQUESTER AT NAME AND ADDRESS BELOW:

Patrick J. Fitzgerald, United States Attorney
219 S. Dearborn, 5th Floor
Chicago, Illinois 60604
Attn: Charles E. Ex, AUSA

- Number of process to be served with this Form - 285
- Number of parties to be served in this case
- Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Address, All Telephone Numbers, and Estimated Times Available For Service)

Execution of Arrest Warrant in Rem

07-DEA-488901

FILED
Jan 24, 2008
JAN 2 4 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Prepared by: D. Cuadra

Signature of Attorney or other Originator requesting service on behalf of: Charles E. Ex, AUSA
☒ PLAINTIFF
☐ DEFENDANT

TELEPHONE NUMBER: 312-353-5300
DATE: 11/17/06

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated.<br>(Sign only first USM 285 if more than one USM 285 is submitted) | Total Process No. | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below).

Name and title of individual served (If not shown above).

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 1/17/08
Time: 11:00 am

Signature of U.S. Marshal or Deputy: Melody Waldon

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount Owed to US Marshal or | Amount or Refund |
|---|---|---|---|---|---|---|

REMARKS:

PRIOR EDITIONS MAY BE USED        SEND ORIGINAL + 2 COPIES to USMS.        FORM USM 285 (Rev. 12/15/80)

1. CLERK OF COURT   2. USMS Record   3. Notice of Service   4. Billing Statement   5. Acknowledgment of Receipt

ARREST WARRANT IN REM

## UNITED STATES DISTRICT COURT
### FOR THE
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

RECEIVED
U.S. MARSHAL
08 JAN 16 AM 9: 42
N. DIST. OF ILL.

U.S. v. Funds in the Amount of One Hundred Ninety-Nine Thousand Nine Hundred Eight Five Dollars ($199,985.00), 08 C 285
Judge Ronald A. Guzman

*To the United States Marshal:*

    Whereas, on the \_\_\_\_11th\_\_\_\_ of \_\_\_\_January\_\_\_\_, A.D. 2008, a Verified Complaint for Forfeiture was filed in the United States District Court for said Northern District of Illinois, by PATRICK J. FITZGERALD, United States Attorney for said District, on behalf of the United States, against

Funds in the amount of $199,985.00

and praying that all persons interested in said property may be cited in general and special, to answer the premises; and due proceedings being had, that the said property may, for the causes in said complaint mentioned, be condemned as forfeited to use of the United States.

    YOU ARE THEREFORE HEREBY COMMANDED to attach the said property and to detain the same in your custody until further order of said Court respecting the same; and to give notice by publication in a newspaper of general circulation to all persons claiming the same, or knowing or having anything to say why the same should not be condemned as forfeited to the use of the United States, pursuant to the prayer of said complaint, that they be and appear before the said Court, at the city of Chicago within thirty (30) days after giving of notice, if the same shall be a day of jurisdiction thereafter, then and there to interpose a verified statement of interest in or right against the property for the same and to make their allegations in that behalf and that they file and serve their answers within twenty (20) days after the filing of said verified statements. And what you have done in the premises, do you then and there make return thereof, together with this writ.

| WITNESS THE HONORABLE | UNITED STATES DISTRICT JUDGE AT |
|---|---|
| DATE JAN 1 4 2008 | CLERK MICHAEL W. DOBBINS |
| | Returnable \_\_\_\_ days after issue. |

UNITED STATES MARSHAL'S RETURN

| DISTRICT Northern Illinois | DATE THE WITHIN WRIT WAS RECEIVED AND EXECUTED 1/17/08 |
|---|---|
| U.S. MARSHAL Kim R. Widup | (BY) DEPUTY MARSHAL Melody A. Waldron |