IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No. 08 C 285 |
| vs. ) | |
| ) | Judge Ronald A. Guzman |
| FUNDS IN THE AMOUNT OF ONE ) | |
| HUNDRED NINETY-NINE THOUSAND ) | FILED |
| NINE HUNDRED EIGHTY FIVE ) | Feb 19, 2008 |
| DOLLARS ($199,985.00) ) | FEB 1 9 2008 |
| ) | MICHAEL W. DOBBINS |
| Defendant. ) | CLERK, U.S. DISTRICT COURT |

### VERIFIED CLAIM OF JOCELYNE MARIE JACKSON

The undersigned hereby claims an ownership and/or a possessory interest in, and the right to exercise dominion and control over, all or part of the defendant property..

Dated: 7 February 2008

*[signature]*
JOCELYNE MARIE JACKSON

### VERIFICATION

The undersigned declares under penalty of perjury that she is a claimant in the above-entitled matter, that she has read the foregoing Claim, that she knows the contents thereof, and that the same is true of her own knowledge.

Dated: 7 February 2008

*[signature]*
JOCELYNE MARIE JACKSON

1

## CERTIFICATE OF SERVICE

I hereby certify that, on 15 February 2008, I delivered a true copy the Verified Claim of Jocelyne Marie Jackson and prepaid delivery fees to Federal Express for overnight delivery to the following:

AUSA Charles E. Ex
Office of the U.S. Attorney
Northern District of Illinois
219 S. Dearborn Street, 5th Floor
Chicago, Illinois 60604

DIANA T. FRAPPIER, CSB #184048
344 40th Street
Oakland, CA 94609
Telephone: (510) 428-3939x222
Facsimile: (415) 233-4477
E-mail: esqdiana@comcast.net

Attorney for Claimant
JOCELYNE MARIE JACKSON