

## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                 Case Number: 08 C 285

UNITED STATES OF AMERICA
vs.
FUNDS IN THE AMOUNT OF $199,985.00

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
CLAIMANT JOCELYNE MARIE JACKSON

FILED
MAR 1 1 2008
MAR 1 1 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| NAME (Type or print) <br> DAVID MARTIN MICHAEL | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ | |
| FIRM <br> Law Offices of David Michael | |
| STREET ADDRESS <br> 101 California Street, Suite 2450 | |
| CITY/STATE/ZIP <br> San Francisco, CA 94111 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> Cal. State Bar. No. 74031 | TELEPHONE NUMBER <br> (415) 946-8996 and (510) 388-2970 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on 26 February 2008 a copy of the foregoing was served by first class mail postage prepaid upon the following:

AUSA Charles E. Ex
Office of the U.S. Attorney
219 South Dearborn Street, Fifth Floor
Chicago, Illinois 60604

_____
DAVID M. MICHAEL