UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No.   08 C 285 |
| | ) | |
| v. | ) | |
| | ) | Judge Guzman |
| FUNDS IN THE AMOUNTS OF ONE HUNDRED NINETY-NINE THOUSAND NINE HUNDRED EIGHTY FIVE DOLLARS ($199,985). | ) ) ) ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| JOCELYN MARIE JACKSON | ) | |
| | ) | |
| Claimant. | ) | |

## STATUS REPORT OF PARTIES

The United States of America, by PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, and claimant, JOCELYNE MARIE JACKSON, by her attorney, DAVID M. MICHAEL, hereby submit this Status Report of Parties pursuant to the Court's Case Management Procedures and prior to the Status Conference of April 22, 2008.

1. A telephonic meeting was held on April 17, 2008, and was attended by the following:

    Plaintiff: Charles E. Ex, Assistant United States Attorney

    Claimant: David M. Michael, Attorney for Claimant

2. The parties will mutually exchange the information required by Rule 26(a)(1) by no later than May 19, 2008. Interrogatories and Document Production requests encompassing all Rule 26(a)(1) information have been served by each party. Responses to that written discovery shall be mutually due by May 19, 2008.

3.  The parties jointly propose the following discovery plan:

    a.  Discovery will be needed on the following subjects:

        1.  Circumstances of the stop and seizure and the relationship between the seized funds and the evidence that makes it forfeitable.

        2.  Financial circumstances of claimant and anyone else having any interest in the defendant currency.

        3.  Depositions of claimant and all others who have any interest in the defendant currency, as well as all law enforcement agents involved in the seizure of the defendant currency or the investigation of the forfeitability of the currency.

        4.  Circumstances of training and experience of the canine involved in the case.

        5.  Possible experts of both parties in the areas of narcotics trafficking and canine detection of drug tainted currency.

    c.  All fact discovery commenced in time will be completed by September 3, 2008.

    d.  Reports of retained experts under Rule 26 (a)(2) are due within 45 days after the close of all fact discovery.

4.  At this time, the parties do not request a conference with the court prior to entry of a scheduling order except for any discussion at the status on April 22, 2008.

5.  The parties will request a pretrial conference at some future date upon setting for trial, if deemed necessary.

6.  No additional parties are contemplated for joinder at this time.  The government does not anticipate amendments to the verified complaint.  However, any amendments will be completed at the close of all discovery.

7.  All dispositive motions must be filed within 60 days of the close of all discovery.

8.  Settlement cannot be evaluated until the close of discovery.

9. Final lists of witness and exhibits under Rule 26(a)(3) should be due no later than 30 days before trial. The parties request 14 days from that date to make objections to the final lists of witnesses and exhibits submitted by the other party.

Dated: April 17, 2008

| | |
|---|---|
| s/ David M. Michael | s/ Charles E. Ex |
| DAVID M. MICHAEL | CHARLES E. EX |
| Attorney for Claimant | Assistant United States Attorney |
| Jocelyne Marie Jackson | |