UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No.  08 C 285 |
| v. ) | |
| ) | Judge Guzman |
| FUNDS IN THE AMOUNTS OF ONE ) | |
| HUNDRED NINETY-NINE THOUSAND ) | |
| NINE HUNDRED EIGHTY FIVE ) | |
| DOLLARS ($199,985). ) | |
| ) | |
| Defendant. ) | |
| ) | |
| JOCELYN MARIE JACKSON ) | |
| ) | |
| Claimant. ) | |

**CERTIFICATE OF SERVICE**

      The undersigned Assistant United States Attorney hereby certifies that the following documents: STATUS REPORT OF PARTIES were served on Thursday, April 17, 2008, in accordance with FED. R. CRIM. P. 49, FED. R. CIV. P.5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.


                              By:    s/Charles E. Ex
                                       CHARLES E. EX
                                       Assistant U.S. Attorney
                                       219 S. Dearborn
                                       Chicago, IL   60604
                                       (312) 353-4305