IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No.  08 C 285 |
| vs. ) | |
| ) | Judge Ronald A. Guzman |
| FUNDS IN THE AMOUNT OF ONE ) | |
| HUNDRED NINETY-NINE THOUSAND ) | |
| NINE HUNDRED EIGHTY FIVE ) | |
| DOLLARS ($199,985.00) ) | |
| ) | |
| Defendant. ) | |
| ) | Date:  1 July 2008 |
| / ) | Time:  9:30 a.m. |
| ) | Courtroom:  1219 |
| JOCELYNE MARIE JACKSON, ) | |
| ) | |
| Claimant. ) | |
| ) | |
| / ) | |
| ) | |

## NOTICE OF MOTION

TO THE CLERK OF THE ABOVE-ENTITLED COURT AND TO THE UNITED STATES ATTORNEY FOR THE NORTHERN DISTRICT OF ILLINOIS:

PLEASE TAKE NOTICE that on the date and at the time indicated above, or as soon thereafter as the matter may be heard, before the Honorable United States District Court Judge Ronald A. Guzman, Claimant Jocelyne Marie Jackson, by and through counsel, will and hereby does move this Court for an Order suppressing evidence.

Pursuant to the Fourth Amendment of the Constitution, Claimant moves to suppress any and all evidence seized, along with the fruits thereof, as a result of the

warrantless seizure of her person and the warrantless search of her luggage, on or about August 27, 2007, while aboard an Amtrak train scheduled to depart Chicago, IL. *Cf. Segura v. United States*, 468 U.S. 796, 804 (1984); *Wong Sun v. United States*, 371 U.S. 471 (1963)

This motion to suppress is based on this notice, the points and authorities and declaration already filed, on such supplemental points and authorities as may be hereafter filed with this Court or orally presented, on the records and files in this action, and on such oral and documentary evidence as may be presented at the hearing.

Dated:  27 June 2008

Respectfully submitted,

S/DAVID M. MICHAEL
DAVID M. MICHAEL, CSBN 74031
LAW OFFICES OF DAVID M. MICHAEL
101 California Street, Suite 2450
San Francisco, CA 94111
Telephone:  (415) 946-8996
Facsimile:   (877) 538-6220
E-mail:       dmmp5@aol.com


S/DIANA T. FRAPPIER
DIANA T. FRAPPIER CSBN 184048
344  40th Street
Oakland, CA 94609
Telephone:  (510) 428-3939
Facsimile:   (415) 233-4477
E-mail:       esqdiana@comcast.net


S/MICHAEL C. ROSENBLAT
MICHAEL C. ROSENBLAT, ESQ.
33 N. LaSalle, Suite 2900
Chicago, IL 60602-2665

        Telephone:  (312) 948-0006
        Facsimile:   (312) 551-0322

        Attorneys for Claimant
        JOCELYNE MARIE JACKSON

### CERTIFICATE OF SERVICE

I hereby certify that, on 27 June 2008, I caused to be electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following:

AUSA Charles E. Ex
Office of the U.S. Attorney
Northern District of Illinois
219 S. Dearborn Street, 5th Floor
Chicago, Illinois 60604

        S/ DIANA T. FRAPPIER
        DIANA T. FRAPPIER