# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

United States of America

                    Plaintiff,

v.                                 Case No.: 1:08−cv−00285

                                 Honorable Ronald A. Guzman

Funds in the Amount of $199,985.00

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 1, 2008:

      MINUTE entry before the Honorable Ronald A. Guzman:Motion hearing held on 7/1/2008 regarding motion by Claimant Jocelyne M. Jackson to Suppress Evidence [15]. Set deadlines as to motion to Suppress Evidence [15] : Response due by 7/25/2008. Status hearing set for 7/28/2008 at 09:30 AM. Mailed notice(cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.