UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No.   08 C 285 |
| | ) | |
| v. | ) | |
| | ) | Judge Guzman |
| FUNDS IN THE AMOUNTS OF ONE | ) | |
| HUNDRED NINETY-NINE THOUSAND | ) | |
| NINE HUNDRED EIGHTY FIVE | ) | |
| DOLLARS ($199,985). | ) | |
| | ) | |
| Defendant. | ) | |

**AGREED MOTION FOR EXTENSION OF TIME**

The UNITED STATES OF AMERICA, by its attorney, PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, moves this Honorable Court for an order extending the time to respond to claimant Jocelyne Jackson's motion to suppress. In support of this motion, the government states as follows:

1. On June 26, 2008, claimant filed a motion to suppress. At a July 1, 2008 hearing on that motion, the Court order the government to respond in writing by July 25, 2008, and set the case for status on July 28, 2008.

2. The undersigned counsel for the government was out of the country at the time of the filing of the motion, and did not return until July 8, 2008. The undersigned did not have an opportunity to review claimant's motion until shortly after returning. The undersigned is on trial before Judge Der-Yeghiayan as of the filing of this motion, and anticipates that the trial will last at

least a week.  The undersigned had been preparing full-time for that trial since returning to the office.

3. As a result of the undersigned's competing trial obligations, the government has not had adequate time to prepare a response to the motion to suppress.  Accordingly, the government requests until August 11, 2008, to file its written response.

4. Claimant's lead attorney has been consulted and he agrees to the instant motion.

WHEREFORE, it is requested that the Court extend the time to respond to claimant's motion to suppress until August 11, 2008, strike the July 28th status date, and reschedule a status hearing for a date after August 11.

    Respectfully submitted,

    PATRICK J. FITZGERALD
    United States Attorney

By: /s/ Charles E. Ex
    CHARLES E. EX
    Assistant United States Attorney
    219 South Dearborn Street
    Chicago, Illinois  60604
    (312) 353-4305