UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | No.   08 C 285 |
| | ) | Judge Ronald A. Guzman |
| FUNDS IN THE AMOUNTS OF ONE | ) | |
| HUNDRED NINETY-NINE THOUSAND | ) | |
| NINE HUNDRED EIGHTY FIVE | ) | |
| DOLLARS ($199,985). | ) | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on Tuesday, July 29, 2008 at 9:30 a.m., or as soon thereafter as counsel may be heard, I will appear before Judge Ronald A. Guzman in the courtroom usually occupied by him in the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, or before such other judge who may be sitting in his place and stead, and then and there present: AGREED MOTION FOR EXTENSION OF TIME, in the above-captioned case, at which time and place you may appear if you see fit.

    Respectfully submitted,

    PATRICK J. FITZGERALD
    United States Attorney
By: s/Charles E. Ex
    CHARLES E. EX
    Assistant United States Attorney
    219 South Dearborn Street
    Chicago, Illinois 60604
    (312) 353-4305