UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No.  08 C 285 |
| v. ) | |
| ) | Judge Guzman |
| FUNDS IN THE AMOUNTS OF ONE ) | |
| HUNDRED NINETY-NINE THOUSAND ) | |
| NINE HUNDRED EIGHTY FIVE ) | |
| DOLLARS ($199,985). ) | |
| ) | |
| Defendant. ) | |
| ) | |
| JOCELYN MARIE JACKSON ) | |
| ) | |
| Claimant. ) | |

**CERTIFICATE OF SERVICE**

The undersigned Assistant United States Attorney hereby certifies that the following documents: NOTICE OF MOTION were served on Monday, July 21, 2008, in accordance with FED. R. CRIM. P. 49, FED. R. CIV. P.5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.


By:     s/Charles E. Ex
        CHARLES E. EX
        Assistant U.S. Attorney
        219 S. Dearborn
        Chicago, IL   60604
        (312) 353-4305