# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

United States of America

Plaintiff,

v.                                    Case No.: 1:08−cv−00285

                                      Honorable Ronald A. Guzman

Funds in the Amount of $199,985.00

Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, July 25, 2008:

     MINUTE entry before the Honorable Ronald A. Guzman:Motion by Plaintiff United States of America for extension of time to respond to claimant's motion to suppress [18] is granted to and including 8/11/08. Status hearing set for 7/28/08 is reset to 8/13/2008 at 09:30 AM.Mailed notice(cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.