

**U. S. Department of Justice**

United States Attorney
Northern District of Illinois

COPY

| | | |
|---|---|---|
| *Charles E. Ex*<br>*Assistant United States Attorney* | *Dirksen Federal Building*<br>*219 South Dearborn Street, Fifth Floor*<br>*Chicago, Illinois 60604* | *Phone: (312) 353-4305*<br>*Fax: (312) 353-4324* |

July 16, 2008

*By Certified Mail and Facsimile* (877) 538-6220

David Martin Michael
Law Offices of David Martin Michael
101 California Street, Suite 2450
San Francisco, CA 94111

    Re:   *U.S. v. $199,985.00*, 08 C 285 (ND ILL)

Dear Mr. Michael:

    This office has received your response to the United States' First Set of Interrogatories and Request for Production. The responses to much of the discovery are incomplete and non-responsive for the reasons set forth below.

    In an effort to amicably resolve the following discovery disputes, it is requested that you supplement and amend your responses as follows[1]:

<u>As to Interrogatory No. 1:</u>

    b.    Please state your social security number, visa or green card number(s);
    d.    For each address, please list the inclusive months and years you have lived at each address, the amount of rent or mortgage paid at that address, and the names of all individuals that lived there with you.

<u>As to Interrogatory No. 2:</u>

    If you contend that the defendant funds in the amount of one hundred ninety-nine thousand nine hundred eight five dollars ($199,985.00) are not proceeds of illegal drug trafficking activity, ***please set forth each and every fact upon which you base your contention and identify each and every witness (by name, address and telephone number)***, and identify each and every document (and the name, address, and telephone number of the custodian of the document) that supports your denial.

---

[1] For those interrogatories which request the identification of documents, and the claimant contends that no documents exist, the claimant so must assert.



GOVERNMENT
EXHIBIT
A

David Martin Michael
July 16, 2008
Page 2

### As to Interrogatory No. 4:

b. Please identify the alleged factual basis of your claim to the currency;

c. Please identify any and all documents that you contend help to establish your claim of ownership in the defendant funds or that help to establish the source of the defendant funds; and

d. Please identify any witness or person, including but not limited to addresses and phone numbers, who you contend help to establish your claim of ownership in the defendant funds or help to establish the source of the defendant funds.

### As to Interrogatory No. 5

Please detail the specific sources as to where the entire defendant funds in the amount of $199,985 was derived, including where the defendant funds were obtained, and the name, address, and telephone phone number of the payor or source of the defendant funds; the reason you obtained the defendant funds, i.e., earned income, loan, gift; and the form of payment, i.e., cash or check, and the identity of any financial institution or bank that provided you with the defendant funds.

### As to Interrogatory No. 6:

Regarding employer information, the claimant provides information regarding Lester Construction Management, In Home Care, and "club work," however, the interrogatory specifically requests the following:

> List by name, address, current or last known telephone number each and every employer for whom you have worked during the past seven (7) years, specifying for each the following: the inclusive dates of employment; the duties of employment; the amount of gross and net monthly salary; the reasons for leaving the employment.

Please provide all of the above requested specifics for each source of employment.

### As to Interrogatory No. 8:

The claimant provides information relating to vehicles, however, the interrogatory specifically requests the following:

> [If] purchased with a loan, please provide the amount of monthly payments; and the name and address of the person or organization by and to whom such payments were made.

David Martin Michael
July 16, 2008
Page 3

Please provide all of the above requested specifics for each loan.

As to Interrogatory No. 10:

No requested financial account information has been provided to date.

> Please state the name and address of the financial institution, the account number, and the identity of the account holder for all financial accounts, personal and business, held by you for the last five years. Financial accounts include, but are not limited to, any and all safety deposit boxes, bank accounts, savings accounts, checking accounts, private accounts, NOW accounts, money market funds, Individual Retirement Accounts (IRA's), municipal bonds, Treasury bills, certificates of deposits, loans, mortgages, stocks, bonds, commodities, stock options, trust funds, accounts held by third parties in which you have an interest, or any other financial investments, indebtedness, assets or liabilities of any type.

As to Interrogatory No. 14:

The claimant provided information that she "has no dependents" however, the interrogatory also asks for information regarding the claimant herself:

> Please itemize the amounts spent by *you* and any dependents (including but not limited to your spouse and children) on a monthly basis during each of the past seven (7) years for the following: food, clothing, shelter, utilities, entertainment, insurance, medical and dental services, furniture, jewelry, vacations, travel, transportation, gifts, education, business, rental or storage fees for safety deposit boxes, improvements or fixtures to any real or personal property, amounts spent for rental or leased vehicles, and all other expenses. For each dependent, identify his or her name, date of birth, current business and residence address, source of income or support provided, source of insurance coverage, and phone number.

Additionally, no documents as requested in the request for production have been provided. If claimant filed tax returns, she must produce copies pursuant to document request number five (5). She must also complete the attached Authorization for Release for Return and/or Return Information for tax years 2001 through 2007, which she failed to do as originally requested. Please complete the attached authorization and return to this office as soon as possible. Similarly, claimant has failed to produce all documents of her wage and earning statements for the last five (5) years pursuant to request number eight (8), to the extent they exist.

    Please respond within five (5) days of your receipt of this letter. If a response is not received, this office will have no choice but to file a motion seeking to compel compliance with discovery.

    If you have any other questions or concerns, please contact me at (312) 353-4305.

                              Very truly yours,

                              PATRICK J. FITZGERALD
                              United States Attorney

By:                 _____
                      CHARLES E. EX
                      Assistant United States Attorney

Enclosures


cc:    Michael C. Rosenblat, Esq.
       33 N. LaSalle Street, Suite 2900
       Chicago, IL 60602

       Diana T. Frappier Esq.
       344 40th Street
       Oakland, CA 94609

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| FUNDS IN THE AMOUNT OF ) | |
| ONE HUNDRED NINETY-NINE ) | No.  08 C 285 |
| THOUSAND NINE HUNDRED EIGHTY ) | |
| FIVE DOLLARS ) | |
| ($199,985.00), ) | Judge Ronald A. Guzman |
| ) | |
| Defendant, ) | |
| ) | |
| JOCELYN MARIE JACKSON ) | |
| ) | |
| Claimant. ) | |

## AUTHORIZATION FOR RELEASE
## OR RETURN AND/OR RETURN INFORMATION

For purposes of the captioned case and related matters, I, JOCELYN MARIE JACKSON, do hereby give knowing and voluntary consent for the Internal Revenue Service ("IRS") and its agents to disclose my tax returns for the tax years 2001, 2002, 2003, 2004, 2005, 2006, and 2007, any schedules and like documents attached thereto or submitted in connection with said returns, and any and all information the IRS has concerning my tax matters for tax years 2000 - 2006.

The IRS may disclose the above described information to:

Office of the United States Attorney
219 South Dearborn Street, Room 500
Chicago, Illinois 60604
ATTN: Charles E. Ex, Assistant United States Attorney

Signed: _____

Dated: _____

SIN: _____