UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 08 C 285 |
| v. | ) | |
| | ) | Judge Ronald A. Guzman |
| FUNDS IN THE AMOUNTS OF ONE HUNDRED NINETY-NINE THOUSAND NINE HUNDRED EIGHTY FIVE DOLLARS ($199,985). | ) ) ) ) ) | |
| Defendant. | ) ) | |
| JOCELYN MARIE JACKSON | ) ) | |
| Claimant. | ) | |

**CERTIFICATE OF SERVICE**

The undersigned Assistant United States Attorney hereby certifies that the following documents: UNITED STATES' MOTION TO COMPEL DISCOVERY AND RESPONSE TO CLAIMANT JACKSON'S MOTION TO SUPPRESS were served on Monday, August 11, 2008, in accordance with FED. R. CRIM. P. 49, FED. R. CIV. P.5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.

By:   s/Charles E. Ex
CHARLES E. EX
Assistant U.S. Attorney
219 S. Dearborn
Chicago, IL  60604
(312) 353-4305