UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

United States of America

                                              Plaintiff,

v.                                                                       Case No.: 1:08−cv−00285
                                                                       Honorable Ronald A. Guzman

Funds in the Amount of $199,985.00

                                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, August 13, 2008:

      MINUTE entry before the Honorable Ronald A. Guzman: Status hearing held on 8/13/2008. Status hearing set for 9/10/2008 at 09:30 AM. Set deadlines as to UNITED STATES MOTION TO COMPEL DISCOVERY AND RESPONSE TO CLAIMANT JACKSONS MOTION TO SUPPRESS [21]: Response due by 9/3/2008. Mailed notice(cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.